# United States District Court
# Central District of California

| | |
|---|---|
| FOREVER 21, INC., | Case No. 2:12-cv-10807-ODW(JCGx) |
| Plaintiff, | **ORDER CONTINUING ORDER TO SHOW CAUSE [105]** |
| v. | |
| NATIONAL STORES INC., *et al.*, | |
| Defendants. | |

In light of the Notice of Settlement filed with respect to Plaintiff Forever 21, Inc. and Defendant central Mills, Inc. (ECF No. 109), the Court hereby **CONTINUES** the March 17, 2014 Order to Show Cause (ECF No. 105) until **Tuesday, April 15, 2014**. The Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal. No hearing will be held.

**IT IS SO ORDERED.**

March 24, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**