O

# United States District Court
# Central District of California

| | |
|---|---|
| FOREVER 21, INC., | Case No. 2:12-cv-10807-ODW(JCGx) |
| Plaintiff, | **ORDER GRANTING STIPULATED** |
| v. | **PERMANENT INJUNCTION AND** |
| NATIONAL STORES INC., *et al.*, | **VACATING APRIL 14, 2014** |
| Defendants. | **HEARING** |

The Court has reviewed the revised Stipulated Permanent Injunction as well as the Confidential Settlement Agreement filed under seal.  (ECF Nos. 115, 118.)  The Court's concerns regarding the breadth of the Stipulated Permanent Injunction have been alleviated.  Therefore, the Court **GRANTS** the Stipulated Permanent Injunction (ECF No. 115-1) and **VACATES** the April 14, 2014 hearing on this matter.

**IT IS SO ORDERED.**

April 9, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**