O

# United States District Court
# Central District of California

| | |
|---|---|
| FOREVER 21, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL STORES INC., *et al.*,<br><br>        Defendants. | Case No. 2:12-cv-10807-ODW(JCGx)<br><br>**ORDER DISMISSING DEFENDANT CENTRAL MILLS, INC.** |

On March 17, 2014, this Court issued an Order to Show Cause Re. Dismissal for Lack of Prosecution setting a deadline for Plaintiff Forever 21, Inc. to file a motion for default judgment against Defendant Central Mills, Inc. (ECF No. 105.) Forever 21 responded by filing a Notice of Settlement with respect to Central Mills, as opposed to a default-judgment motion. (ECF No. 109.) This Court then continued the Order to Show Cause until April 15, 2014, to allow the parties to finalize settlement and file a voluntary dismissal. (ECF No. 110.) However, the new deadline for the Order to Show Cause has passed and no dismissal has been filed with respect to Central Mills. Thus, the Court **DISMISSES** Defendant Central Mills from this action for lack of prosecution and failure to comply with this Court's Order to Show Cause.

**IT IS SO ORDERED.**

April 17, 2014

                                                    _____
                                                          OTIS D. WRIGHT, II
                                                UNITED STATES DISTRICT JUDGE