O

# United States District Court
# Central District of California

| | |
|---|---|
| FOREVER 21, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL STORES INC., *et al.*, <br><br> Defendants. | Case No. 2:12-cv-10807-ODW(JCGx) <br><br> **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT BASEMENT CLOTHING USA, INC. [122]** |

On April 16, 2014, Maurice Pessah, counsel for Defendant Basement Clothing USA, Inc., filed a Motion for Leave to Withdraw as Counsel. (ECF No. 122.) Plaintiff Forever 21, Inc. filed a Response to the Motion on April 28, 2014.[1] (ECF No. 126.)

The Court is satisfied that Pessah's reasons for withdrawing as counsel are sound and comply with the rules of this Court as well as the California Rules of Professional Conduct. Pessah informs the Court that Basement Clothing has relieved him of the representation. (Pessah Decl. ¶¶ 2, 4; Khalili Decl. ¶ 5.) Pessah has also made Basement Clothing aware of the consequences of not having representation in

---

[1] Having carefully considered the papers filed to date in support of and in response to the Motion, the Court deems the matter appropriate for decision without further submissions or oral argument. Fed. R. Civ. P. 78; L.R. 7–15. Accordingly, the hearing on this Motion is **VACATED** and taken off calendar.

1   this action.  (Pessah Decl. ¶¶ 3, 7; Khalili Decl. ¶ 7.)  Therefore, the Court **GRANTS**
2   the Motion for Leave to Withdraw.  (ECF No. 122.)

3   The Court **ORDERS** Pessah to promptly serve written notice of this Order on
4   Basement Clothing.  The notice should remind Basement Clothing that corporations
5   and other business entities cannot appear in federal court unrepresented by legal
6   counsel.  *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506
7   U.S. 194, 201–02 (1993).  The notice must also inform Basement Clothing that it has
8   **3 weeks from the date of this Order** to obtain new counsel and notify the Court of
9   new counsel.  Failure to obtain representation and respond to this Order will likely
10  result in the Court striking Basement Clothing's Answer and entering default
11  judgment.  If new counsel is obtained, the Court will provide adequate time for
12  counsel to get up to speed.  The Court further **ORDERS** Pessah to deliver his file on
13  this case directly to Basement Clothing within **14 days** of this Order.

14  **IT IS SO ORDERED.**

16  April 30, 2014

18  _____
19  **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**

2