JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| FOREVER 21, INC., | Case No. 2:12-cv-10807-ODW(JCGx) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AND** |
| NATIONAL STORES INC., *et al.*, | **PERMANENT INJUNCTION** |
| Defendants. | **AGAINST BASEMENT CLOTHING** |
| | **USA, INC.** |

In light of the Order Granting Plaintiff Forever 21, Inc.'s Motion for Default Judgment (ECF No. 193), the Court **ORDERS** that judgment be entered as follows:

1.    Judgment for PLAINTIFF FOREVER 21, INC. and against DEFENDANT BASEMENT CLOTHING USA, INC.;

2.    PLAINTIFF FOREVER 21, INC. shall recover $4,800 in statutory damages from DEFENDANT BASEMENT CLOTHING USA, INC.

3.    PLAINTIFF FOREVER 21, INC. shall also recover $680 in attorneys' fees pursuant to Local Rule 55-3 as well as costs, to be evidenced by a bill of costs, against DEFENDANT BASEMENT CLOTHING USA, INC.

4.    <u>Permanent Injunction.</u>  DEFENDANT BASEMENT CLOTHING USA, INC. is hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from engaging

in, directly or indirectly, any of the following activities in the United States and throughout the world:

(i)      copying, manufacturing, marketing, displaying, selling, offering for sale, reproducing, licensing, developing, delivering, and/or distributing any product or service that uses, or otherwise makes any use of any of PLAINTIFF FOREVER 21's Trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of any of PLAINTIFF FOREVER 21's Trademarks;

(ii)     using any trademark or trade name that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that unauthorized products, imported, exported, manufactured, reproduced, distributed, assembled, acquired, exported, offered, sold, transferred, brokered, consigned, distributed, shipped, marketed, advertised and/or promoted by DEFENDANT BASEMENT CLOTHING USA, INC. originate from PLAINTIF FOREVER 21, or that said merchandise has been sponsored, approved, licensed by, or associated with PLAINTIFF FOREVER 21 or is, in some way, connected or affiliated with PLAINTIFF FOREVER 21;

(iv)    engaging in any conduct that falsely represents, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that DEFENDANT BASEMENT CLOTHING USA, INC. is connected with, or is in some way sponsored by or affiliated with PLAINTIFF FOREVER 21, purchases products from or otherwise has a business relationship with PLAINTIFF FOREVER 21; and

(v)     engaging in any acts of federal and/or state trademark infringement, false designation, false advertising, unfair competition, dilution, or other act(s) which would tend to damage or injure PLAINTIFF FOREVER 21'S rights in and to PLAINTIFF FOREVER 21's Trademarks.

/ / /

5.     The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 11, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**